AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF **HAWAII**

UNITED STATES OF AMERICA

V.

RICHARD M. FABBRI

**WARRANT FOR ARREST**

CASE NUMBER: 02  0194  KSC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____RICHARD M. FABBRI_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Theft of a thing of value to the United States.

in violation of
Title _____18_____ United States Code, Section(s) __641__

Honorable Kevin S. Chang
Name of Issuing Officer

_[signature]_ (SEAL)
Signature of Issuing Officer

United States Magistrate
Title of Issuing Officer

Honolulu, Hawaii April 9, 2002
Date and Location

Bail fixed at $ __to be determined__ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.