AO 442 (Rev. 5/93) Warrant for Arrest       ORIGINAL

# United States District Court

**DISTRICT OF** HAWAII

UNITED STATES OF AMERICA

V.

RICHARD M. FABBRI

**WARRANT FOR ARREST**

CASE NUMBER: 02 0194 KSC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _RICHARD M. FABBRI_
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
Theft of a thing of value to the United States.

in violation of
Title _18_ United States Code, Section(s) _641_

Honorable Kevin S. Chang
Name of Issuing Officer

United States Magistrate
Title of Issuing Officer

_[signature]_
Signature of Issuing Officer

Honolulu, Hawaii   April 9, 2002
Date and Location

Bail fixed at $ _to be determined_ by _____
                                                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at PEARL HARBOR, HAWAII |

| DATE RECEIVED 04/10/2002 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 04/10/2002 | DANIEL L. McLAUGHLIN, FBI SPECIAL AGENT | _[signature]_ |

This form was electronically produced by Elite Federal Forms, Inc.