# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/10/2002  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:       MA 02-0194KSC

CASE NAME:         USA vs Richard Fabbri

ATTYS FOR PLA:     Arun Limani

ATTYS FOR DEFT:    William Domingo

INTERPRETER:

JUDGE:    Kevin S. C. Chang          REPORTER:   tape C5 877

DATE:     04/10/2002                 TIME:       3:35 to 3:40

COURT ACTION:  EP: Initial Appearance - defendant Richard Fabbri present. William Domingo, appearing special. No Financial Affidavit submitted. Defendant was advised to obtain private counsel.
Preliminary Hearing set 4-25-02 at 10:30 KSC.
Bail set $25,000 unsecured bond. No conditions stated.

Submitted by Sadie O. Mukawa, courtroom deputy

APR 11 2002

G:\docs\sadie\Richard Fabbri M-10