# MINUTES

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
04/24/2002 4:30 PM
WALTER A.Y.H. CHINN, CLERK
```

**CASE NUMBER:** MA 02-0194KSC

**CASE NAME:** USA                              vs. Richard Fabbri

**INTERPRETER:**

---

**JUDGE:** JUDGE KEVIN S C CHANG          **REPORTER:** TAPE

**DATE:** 04/24/2002                                    **TIME:**

                                                                          **ROOM:**

---

**COURT ACTION:** EO

Preliminary Hearing set for 04/25/2002 10:30:00 AM KSC withdrawn by Arun Limani.


Submitted by: Sadie Mukawa, Courtroom Deputy

APR 29 2002